1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  LARRY FRANKLIN,                    )  NO. EDCV 07-1211 SS
                                       )
12                    Plaintiff,       )
                                       )  **JUDGMENT**
13          v.                         )
                                       )
14  MICHAEL J. ASTRUE,                 )
    Commissioner of the Social         )
15  Security Administration,           )
                                       )
16                    Defendant.       )
    _____   )
17

18      IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED

19  and that the above-captioned action is dismissed with prejudice.

20

21  DATED: December 4, 2008.                      /S/

22                                      _____
                                        SUZANNE H. SEGAL
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28